IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT ARTEMENKO,

        Plaintiff,                  No. 2:11-cv-2689 JFM (PC)

   vs.

KO FANG,

        Defendant.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application. Insofar as plaintiff contends that staff at Mule Creek State Prison, where he is presently housed, refuse to certify his prison trust account statement, plaintiff shall file proof of his submitted requests to the appropriate authorities.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

    a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

    b. a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: November 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/mp014;arte2689.3c+new

```
 1
 2
 3
 4
 5
 6
 7                       IN THE UNITED STATES DISTRICT COURT
 8                     FOR THE EASTERN DISTRICT OF CALIFORNIA
 9  SCOTT ARTEMENKO,
10          Plaintiff,                  No. 2:11-cv-2689 JFM (PC)
11     vs.
12  KO FANG,                            NOTICE OF SUBMISSION
13          Defendant.
14  _____/
15          Plaintiff hereby submits the following document in compliance with the court's
16  order filed _____:
17          _____     Complete Application to Proceed In Forma Pauperis
18                             By a Prisoner/Certified Copy of Prison Trust
    Account                                 Statement
19  DATED:
20
21                                      _____
22                                      Plaintiff
23
24
25
26
                                           3
```